UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-3444 GARBER

**UNITED STATES OF AMERICA**

vs.

**MICHAEL RODRIGUEZ,**

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:  _____Jodi Anton_____
Jodi Anton
Florida Bar No.184098
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9368
FAX (305)536-4699

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA
V.
MICHAEL RODRIGUEZ

**CRIMINAL COMPLAINT**

Case Number: 12-3444-GARBER

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 10/23/2012 (Date) in Miami-Dade County, in the Southern District of Florida defendant(s) did,

*(Track Statutory Language of Offense)*

Knowingly, by means of force, violence, and intimidation, take from the person and presence of an employee of Regions Bank, approximately three thousand two hundred and fifty-nine dollars ($3,259.00) in United States currency, belonging to, and in the care, custody, control, and possession of Regions Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation,

in violation of Title 18 United States Code, Section(s) 2113(a).

I further state that I am a(n) FBI Agent and that this complaint is based on the following facts:
                              Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part of this complaint: ☑ Yes   ☐ No

_____
Signature of Complainant
GERARD STARKEY
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 24, 2012
Date

at   MIAMI           FLORIDA
     City            State

_____
Signature of Judge

Honorable Barry Garber         U.S. Magistrate
Name of Judge                  Title of Judge

## **AFFIDAVIT**

I, GERARD J. STARKEY, Task Force Officer, Federal Bureau of Investigation, being duly sworn, depose and state the following:

1. I am a Task Force Officer ("TFO") of the Federal Bureau of Investigation ("FBI") and I am currently assigned to the South Florida Violent Crime Task Force that handles, among other things, investigations involving bank robberies and armored car robberies. I have nearly thirty years of investigative experience, the majority spent as a robbery detective with the Miami-Dade Police Department ("MDPD").

2. This affidavit is made in support of a criminal complaint charging MICHAEL RODRIGUEZ with knowingly, by means of force, violence or intimidation, taking from the person and presence of an employee of Regions Bank, approximately $3,259.00 belonging to, and in the care, custody, control and possession of Regions Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

3. The facts included in this affidavit were learned by me through my own investigation and through the investigations of cooperating local, county, state, or federal law enforcement agencies. This affidavit is submitted for the sole purpose of establishing probable cause in support of the attached complaint and the issuance of an arrest warrant. The affidavit does not include all facts known to me or to other law enforcement officers regarding this investigation.

4. On Tuesday, October 23, 2012 a white Hispanic, male (later identified as MICHAEL RODRIGUEZ) entered the Regions Bank located at 2800 Northwest 7 Street, in Miami, Florida. RODRIGUEZ approached the teller counter and presented a hand

written note to the bank teller. Bank teller, J.O., read the note which stated, in pertinent part, "I HAVE A GUN, GIVE ME ALL THE MONEY." J.O., in fear for his safety, complied with the demands and handed RODRIGUEZ, $3,259.00 in federally insured United States currency. Secreted within the United States currency given to RODRIGUEZ was an anti-theft device commonly called a dyepack which is designed to explode and stain the currency dye emitting a gas in the process. RODRIGUEZ placed the United States currency into a black, zippered computer style bag that he brought with him. RODRIGUEZ took his demand note back and placed it into the bag before walking out of the bank. J.O. alerted the other bank employees that a bank robbery had just occurred. Regions Bank is equipped with a video surveillance system which captured the robbery. At the time of the robbery, Regions Bank was insured by the Federal Deposit Insurance Corporation.

5. Shortly after the bank robbery, local law enforcement received a call from C.B. advising that he had information on the robbery of Regions Bank. C.B. was interviewed and told law enforcement that RODRIGUEZ had slept in C.B.'s car the night before and he had driven RODRIGUEZ to the bank that morning so RODRIGUEZ could withdraw money. C.B. waited in the car outside the bank while RODRIGUEZ went inside. RODRIGUEZ returned to the car with a bag that immediately began to emit red smoke. C.B. became nervous and told RODRIGUEZ that it was difficult to see and drive the car. C.B. was concerned that RODRIGUEZ had robbed the bank based upon the red smoke, so he inquired. RODRIGUEZ responded by admitting that he, in fact, had just robbed the bank.

6. Not wanting to be involved, C.B. dropped RODRIGUEZ off in the area of 30th Avenue and Flagler Street in Miami and called 911 to report the robbery. C.B. later directed law enforcement to his vehicle located at 3530 Southwest 3rd Street, Miami. Pursuant to a consensual search of C.B's vehicle, red dye-colored clothing consistent with that seen in the bank robbery surveillance video, was recovered from inside the vehicle.

7. While law enforcement was interviewing C.B., RODRIGUEZ was attempting to contact C.B. via telephone and text message. At the direction of law enforcement, C.B. sent and responded to a series of text messages. RODRIGUEZ acknowledged his involvement in the robbery during both text conversations and telephonic communications, which were overheard and observed by law enforcement. RODRIGUEZ described to C.B. how he was able to clean the red dye off of the money and instructed C.B. to report his car stolen to the police. In one text, RODRIGUEZ told C.B. to provide his name to the police as having been inside the vehicle so that RODRIGUEZ could later explain why his fingerprints were recovered from inside C.B's car.

8. RODRIGUEZ agreed to meet C.B. at a barber shop in the area of 25th Avenue and Flagler Street in Miami. RODRIGUEZ was observed by law enforcement at that location and arrested. While being searched incident to arrest, RODRIGUEZ spontaneously stated, "The bag with the rest of the money is in the barber shop." The bag of money was subsequently recovered and RODRIGUEZ provided law enforcement with consent to search it.

10. RODRIGUEZ was interviewed and provided a written post Miranda confession admitting to this bank robbery. RODRIGUEZ was shown video surveillance still photographs and identified himself as the person in the photograph robbing the Regions Bank. RODRIGUEZ admitted writing the demand note that was recovered inside of the black bag. Two thousand five hundred, seventy eight dollars ($2,578.00) in stolen United States currency was also recovered.

11. Based on the foregoing facts, I submit that there is probable cause to believe that MICHAEL RODRIGUEZ did knowingly, by means of force, violence or intimidation, take from the person and presence of an employee of the REGIONS BANK approximately $3,259.00 belonging to, and in the care, custody, control and possession of the REGIONS BANK, in violation of Title 18, United States Code, Sections 2113(a).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Gerard J. Starkey
Task Force Officer, Federal Bureau of Investigation

Sworn to a subscribed before me on
this 24th day of October, 2012.

_____
THE HONORABLE BARRY GARBER
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-3444 GARBER

### BOND RECOMMENDATION

DEFENDANT: MICHAEL RODRIGUEZ

Pre- Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: JODI ANTON

Last Known Address: Homeless

What Facility:

Agent(s): FBI GERARD STARKEY
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)